**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC A.,<br><br>           Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 2:22-cv-07777 AFM<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:  6/23/2023

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE